# Exhibit C

